JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 -- In re First Executive Insurance Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/06/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by defts. Deloitte & Touche for transfer of actions -- w/declaration of Robert L. Weigel in Support of, exhibits A thru G and H thru N and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: C.D. California -- SUGGESTED TRANSFEREE JUDGE: ? (ds) |
| 91/06/21 | 2 | REQUEST FOR EXTENSION OF TIME TO RESPONSE -- filed by deft. Standard & Poor's Corporation -- EXTENSION OF TIME GRANTED TO AND INCLUDING JULY 22, 1991 -- Notified involved counsel (ds) |
| 91/06/21 | | APPEARANCES -- FRED ISQUITH, ESQ. for Leonard Mezei, et al.; MARIE SETH WEINER, ESQ. for Kathlene Koehler, etc.; GROSS & METZER for Arnold Bradburd, et al.; KEVIN YOURMAN, ESQ. for Ann Daly, etc.; MARVIN MILLER, ESQ. for Rose Domeny, etc.; NICHOLAS E. CHIMICLES, ESQ. for Sheldon Lang; WILLIAM S. LERACH, ESQ. for Gail Levine, etc. and Betsy Stroll, et al.; STANLEY R. WOLFE, ESQ. for Horace MacVaugh, III, etc.; RICHARD SCHIFFRIN, ESQ. for Sandra L. Marks, et al.; BRUCE K. COHEN, ESQ. for Elizabewth G. Sevin, M.D.; ARNOLD LEVIN, ESQ. for Louis Weinstein, et al.; MICHAEL SHERMAN, ESQ. for Tom Stephens, etc.; RICHARD H. KLAPPER, ESQ. for Standard & Poor's Corporation; JOHN T. BEHRENDT, ESQ. for Deloitte & Touche; SETH ARONSON, ESQ. for Norman Barker, Jr., Steven B. Bing and Albert G. Handschumacher; BRUCE E. PHERSON, JR., ESQ. for A.M. Best Company, Inc.; LAWRENCE A. COX, ESQ. for William Jack Adams, Paul A. Aronson, James J. Bolster, Jr., Allan L. Chapman, Joseph A. Clay, Raul A. Cruz, Ronald L. Feigenbaum, Raymond A. Fleck, Jr., Arthur H. Hutton, William H.P. Kaung, Ronald L. Kehrli, Robert J. Krener, Russell J. Lasher, Gary R. Schulte, Alan C. Snyder, Noel F. Taylor and Henry Viscardi, Jr.; WILLIAM J. MEESKE, ESQ. for Fred Carr and Merle A. Horst (ds) |
| 91/06/24 | | APPEARANCE -- STEVEN B. ROSENFELD, ESQ. for Michael R. Milken (ds) |
| 91/06/26 | 3 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (to pldg. #1) -- filed by pltfs. Tom Stephens, etc. -- **EXTENSION GRANTED TO ALL PARTIES TO AND INCLUDING JULY 22, 1991** -- Notified involved counsel (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/11 | | APPEARANCE: P. B. KONRAD KNAKE, ESQ. FOR Moody's Investors Service, Inc. (rh) |
| 91/07/17 | 4 | RESPONSE -- (to pldg. #1) Tom Stephens -- w/cert. of svc. (rh) |
| 91/07/18 | 5 | RESPONSE -- (to pldg. #1) Ann Daly -- w/cert. of svc. (rh) |
| 91/07/18 | 6 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (to pldg. #1) -- Filed by deft. Standard & Poor -- **EXTENSION GRANTED TO ALL PARTIES TO AND INCLUDING AUGUST 12, 1991** -- Notified involved counsel (rh) |
| 91/07/19 | 7 | RESPONSE -- (to pldg. #1) Deft. Fred Carr -- w/cert. of svc. (rh) |
| 91/07/19 | 8 | JOINDER IN MOTION -- (to pldg. #1) Defts. Paul A. Aronson; James J. Bolster, Jr.; Allan L. Chapman; Joseph A. Clay; Raul A. Cruz; Ronald L. Feigenbaum; Raymond A. Fleck, Jr.; Arthur H. Hutton; William H.P. Kaung; Ronald L. Kehrli; Robert J. Krener; Russell J. Lasher; Gary R. Schulte; Alan C. Snyder; Noel D. Taylor and Henry Viscardi, Jr. -- w/cert. of svc. (rh) |
| 91/07/19 | 9 | RESPONSE -- (to pldg. #1) pltf. Elizabeth G. Sevin, M.D. -- w/cert. of svc. (rh) |
| 91/07/22 | 10 | RESPONSE -- (to pldg. #1) pltfs. Sandra L. Marks, et al. -- w/cert. of svc. (rh) |
| 91/07/22 | 11 | JOINDER IN MOTION -- (to pldg. #1) Defts. Norman Barker, Jr.; Steven B. Bing and Albert G. Handschumacher -- w/cert. of svc. (rh) |
| 91/07/22 | 12 | RESPONSE -- (to pldg. #1) Deft. Michael R. Milken -- w/cert. of svc. (rh) |
| 91/07/22 | 13 | RESPONSE -- (to pldg. #1) pltfs. Kathlene Koehler, et al. -- w/cert. of svc. (rh) |

63

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 -- In re First Executive Insurance Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/07/22 | 14 | RESPONSE -- (to pldg. #1) pltfs. Arnold Bradburd, et al. -- w/cert. of svc. (rh) |
| 91/07/22 | 15 | JOINDER IN MOTION -- (to pldg. #1) Deft. A.M. Best Company, Inc. -- w/cert. of svc. (rh) |
| 91/07/22 | 16 | RESPONSE -- (to pldg. #1) pltf. Horace Macvanugh, III -- w/cert. of svc. (rh) |
| 91/08/05 | 17 | LETTER (subsequent information) -- filed by deft. Deloitte & Touche w/cert. of svc. (ds) |
| 91/08/15 | | HEARING ORDER -- setting motion of deft. Deloitte & Touche for transfer for Panel hearing on September 27, 1991 in Colorado Springs, Colorado -- Notified involved clerks, judges and counsel (ds) |
| 91/08/23 | 18 | LETTER REQUESTING WITHDRAWAL OF MOTION -- filed by defts. Deloitte & Touche -- w/cert. of service (cdm) |
| 91/08/29 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE SEPTEMBER 27, 1991 HEARING -- Notified involved counsel, judges and clerks (rh) |

JPML Form 1
⊕
Revised: 8/78

DOCKET NO. 898 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRST EXECUTIVE INSURANCE LITIGATION

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/29/91 | M/W | unpublished | | | |

Special Transferee Information

DATE CLOSED: 8/29/91

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 898 -- In re First Executive Insurance Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Leonard Mezei, et al. v. Fred Carr, et al. | N.Y.,S. | 91-Civ-3171 | | | | |
| A-2 | Leonard Mezei, et al. v. Fred Carr, et al. | N.Y.,S. Leval | 91-2641 | | | | |
| A-3 | Kathlene Koehler, etc. v. Deloitte & Touche, et al. | Cal.,N. Legge | C-91-1399 CAL | | | | |
| A-4 | Arnold Bradburd, et al. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2640 DT(Kx) | | | | |
| A-5 | Ann Daly, etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2643 DT(Kx) | | | | |
| A-6 | Rose Domeny, etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2641 DT(Kx) | | | | |
| A-7 | Sheldon Lang, etc. v. Fred Carr, et al. | Cal.,C. | 91-2979 JSC(Ex) | | | | |
| A-8 | Gail Levine, etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2726 DT(Kx) | | | | |
| A-9 | Horace MacVaugh, III, etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2525 DT(Kx) | | | | |

DOCKET NO. 898 -- In re First Executive Insurance Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Sandra L. Marks, et al. v. Fred Carr, et al. | Cal.,C. Rafeedie | 91-2725 ER(Tx) | | | | |
| A-11 | Elizabeth G. Sevin, M.D., etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2642 DT(Kx) | | | | |
| A-12 | Betsy Stroll, et al. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2526 DT(Kx) | | | | |
| A-13 | Louis Weinstein, et al. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2663 DT(Kx) | | | | |
| A-14 | Tom Stephens, etc. v. Fred Carr, et al. | Cal.,C. Tevrizian | 91-2047 DT(Kx) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 -- In re First Executive Insurance Litigation

===========================================================================

LEONARD MEZEI, ET AL. (A-1 & A-2)
Robert Sugarman, Esquire
Milberg, Weiss, Bershad,
Specthrie & Learach
One Pennsylvania Plaza
New York, NY 10116-0165

KATHLENE KOEHLER, ETC. (A-3)
Marie Seth Weiner, Esquire
Cotchett, Illston & Pitre
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

ARNOLD BRADBURD, ET AL. (A-4)
Gross & Metzer
1500 Walnut Street
Philadelphia, PA 19102

ANN DALY, ETC. (A-5)
Kevin Yourman, Esquire
Law Offices of Joseph H. Weiss
1800 Avenue of the Stars
Suite 1000
Los Angeles, CA 90067

ROSE DOMENY, ETC. (A-6)
Marvin Miller, Esquire
Chertow & Miller
40 N. La Salle Street
Suite 3630
Chicago, IL 60602

SHELDON LANG (A-7)
Nicholas E. Chimicles, Esq.
Greenfield & Chimicles
361 West Lancaster Avenue
Haverford, PA 19041

GAIL LEVINE, ETC. (A-8)
BETSY STROLL, ET AL. (A-12)
William S. Lerach, Esq.
Milberg, Weiss, Bershad
Specthrie & Lerach
225 Broadway, Suite 2000
San Diego, CA 92101

HORACE MACVAUGH, III, ETC. (A-9)
Stanley R. Wolfe, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA 19103-6365

SANRDA L. MARKS, ET AL. (A-10)
Richard Schiffrin, Esq.
Schiffrin & Craig, Ltd.
2020 North Halsted Street
Chicago, IL 60614

ELIZABETH G. SEVIN, M.D. (A-11)
Bruce K. Cohen, Esq.
Meredith & Cohen, P.C.
22nd Fl., Architects Building
117 S. 17th Street
Philadelphia, PA 19103

LOUIS WEINSTEIN, ET AL. (A-13)
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
320 Walnut Street, Suite 600
Philadelphia, PA 19106

TOM STEPHENS, ETC. (A-14)
Michael A. Sherman, Esq.
Barrack, Rodos & Bacine
225 Broadway, Suite 2000
San Diego, CA 92101

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 898 -- In re First Executive Insurance Litigation

---

STANDARD & POOR'S CORPORATION
Richard H. Klapper, Esq.
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

DELOITTE & TOUCHE
John T. Behrendt, Esq.
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY 10166

NORMAN BARKER, JR.
STEVEN B. BING
ALBERT G. HANDSCHUMACHER
Seth Aronson, Esq.
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA 90071-2899

A.M. BEST COMPANY, INC.
Bruce E. Pherson, Jr., Esq.
Draper & Pherson
21700 Oxnard Street
Suite 1640
Woodland Hills, CA 91367

MOODY'S INVESTORS SERVICES, INC.

P. B. Konrad Knake, Esq.
White & Case
1155 Avenue of the Americas
New York, NY 10036

MICHAEL R. MILKEN

Steven B. Rosenfeld, Esq.
Paul, Weiss, Rifkind,
Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

WILLIAM JACK ADAMS
PAUL A. ARONSON
JAMES J. BOLSTER, JR.
ALLAN L. CHAPMAN
JOSEPH A. CLAY
RAUL A. CRUZ
RONALD L. FEIGENBAUM
RAYMOND A. FLECK, JR.
ARTHUR H. HUTTON
WILLIAM H.P. KAUNG
RONALD L. KEHRLI
ROBERT J. KRENER
RUSSELL J. LASHER
GARY R. SCHULTE
ALAN C. SNYDER
NOEL D. TAYLOR
HENRY VISCARDI, JR.
Lawrence A. Cox, Esq.
Quinn, Kully & Morrow
520 South Grand Street
8th Floor
Los Angeles, CA 90071

FRED CARR
MERLE A. HORST
William J. Meeske, Esq.
Latham & Watkins
633 West Fifth Street
Suite 4000
Los Angeles, CA 90071-2005

LOWELL MILKEN
**No app. rec'd)**
Lord, Day, Lord, Barrett
& Smith
1675 Broadway
New York, NY 10019-5874

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 -- In re First Executive Insurance Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Fred Carr | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Alan C. Snyder | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Norman Barker, Jr. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Steven B. Bing | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Albert G. Handschumacher | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Merle A. Horst | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Allan L. Chapman | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Raul A. Cruz | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Robert L. Feigenbaum | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Russell J. Lasher | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Gary R. Schulte | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |

| | |
|---|---|
| William H.P. Kaung | A-1, A-2, A-3, A-4, A-5, A-6, A-7 A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Raymond a. Fleck, Jr. | A-1, A-2, A-3, A-4 A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Ronald L. Kehrli | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Henry Viscardi, Jr. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Paul R. Aronson | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A10, A-11, A-12, A-13, A-14 |
| Robert J. Krener | A-1, A-2, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| James J. Bolster, Jr. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Arthur H. Hutton | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Joseph A. Clay | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Noel D. Taylor | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Deloitte & Touche | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 898 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| A.M. Best Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Moody's Investors Services, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Standard & Poor's | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Michael Milken | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| Lowell Milken | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| William Jack Adams | A-3, A-4, A-5, A-6, A-7, A-8, A-9, A-10, A-11, A-12, A-13, A-14 |
| | |
| | |
| | |
| | |
| | |