*DOCKET NO. 898*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 29 91

PATRICIA D. HOWARD
CLERK OF THE PANEL

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE FIRST EXECUTIVE INSURANCE LITIGATION*

*ORDER DEEMING MOTION WITHDRAWN*
*AND*
*VACATING THE SEPTEMBER 27, 1991 HEARING*

    This matter is before the Panel on motion of defendant Deloitte & Touche to centralize, pursuant to 28 U.S.C. §1407, all actions on the attached Schedule A in the Central District of California for coordinated or consolidated pretrial proceedings. On August 16, 1991, movant notified the Panel that all but one of the actions in this litigation have been remanded to state court or voluntarily dismissed. Movant accordingly requested that its Section 1407 motion be withdrawn.

    IT IS THEREFORE ORDERED that movant's request to withdraw its Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on August 15, 1991, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

*FOR THE PANEL:*

*John F. Nangle*
*Chairman*

## SCHEDULE A

# *MDL-898 -- In re First Executive Insurance Litigation*

### Northern District of California

Kathlene Koehler, etc. v. Deloitte & Touche, et al.,
  C.A. No. C-91-1399-CAL

### Southern District of New York

Leonard Mezei, et al. v. Fred Carr, et al.,
  C.A. No. 91-Civ-2641
Leonard Mezei, et al. v. Fred Carr, et al.,
  C.A. No. 91-Civ-3171

### Central District of California

Arnold Bradburn, et al. v. Fred Carr, et al.,
  C.A. No. CV91-2640-DT(Kx)
Ann Daly, etc. v. Fred Carr, et al.,
  C.A. No. CV91-2643-DT(Kx)
Rose Domeny, etc. v. Fred Carr, et al.,
  C.A. No. CV91-2641-DT(Kx)
Sheldon Lang, etc. v. Fred Carr, et al.,
  C.A. No. CV91-2979-JSC(Ex)
Gail Levine, etc. v. Fred Carr, et al.,
  C.A. No. CV-91-2726-DT(Kx)
Horace MacVaugh, III, etc. v. Fred Carr, et al.,
  C.A. No. CV-91-2525-DT(Kx)
Sandra L. Marks, et al. v. Fred Carr, et al.,
  C.A. No. CV-91-2725-ER(Tx)
Elizabeth G. Sevin, M.D., etc. v. Fred Carr, et al.,
  C.A. No. CV-91-2642-DT(Kx)
Betsy Stroll, et al. v. Fred Carr, et al.,
  C.A. No. CV91-2526-DT(Kx)
Louis Weinstein, et al. v. Fred Carr, et al.,
   C.A. No. CV91-2663-DT(Kx)
Tom Stephens, etc, v. Fred Carr, et al.,
  C.A. No. CV91-2047-DT(Kx)